IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THEODORE WAGNER, 98565071,<br>Petitioner,<br><br>v.<br><br>WARDEN MAUREEN CRUZ, ET AL.,<br>Respondents. | No. 3:10-CV-2468-K |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's Objections to Magistrate's Recommendations filed on May 10, 2011, are hereby **OVERRULED**.

Further, Petitioner's Petition for Reconsideration of Unconstitutional Order, filed on May 10, 2011, is hereby **DENIED**.

All pending motions or petitioner not addressed specifically by order are hereby **DENIED**.

**SO ORDERED.**

Signed this 11th day of May, 2011.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE